Larry W. McFarland (Bar No. 129668)
E-Mail: lmcfarland@kmwlaw.com
Dennis L. Wilson (Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-5 D/B/A FCHIPS.COM,<br><br>Defendants. | **CASE NO. CV-09:5300 JSW**<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    THE COURT, having considered Plaintiff Zynga Game Network Inc.'s ("Zynga's")
2 Administrative Motion to Continue Case Management Conference ("Motion"), the supporting
3 declaration of Christopher Varas, and all other pleadings on file in this matter, hereby GRANTS
4 Zynga's Motion.  It is hereby ORDERED that the Case Management Conference in this case is
5 CONTINUED until Friday, June 4, 2010 at 1:30pm.  All other dates related to the Case Management
6 Conference, including all ADR dates and the last date for the parties to request a continuance of the
7 Case Management Conference, are hereby continued accordingly.

9 IT IS SO ORDERED.

11 ENTERED THIS  16   DAY OF   February   , 2010

_____
The Honorable Jeffrey S. White,
United States District Court Judge

- 1 -

CASE NO. CV-09:5300 JSW
[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE